IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| LANDAYA FLOYD, ADMINISTRATRIX OF THE ESTATE OF ZYAIRE D. FLOYD, Plaintiff, | : : : : | CIVIL ACTION No. 25-cv-1802 |
| v. | : : | |
| CITY OF PHILADELPHIA, *et al.*, Defendants. | : | |

# ORDER

AND NOW, this 4th day of November, 2025, upon consideration of Defendants' Motion to Dismiss Counts I and II of Plaintiff's Amended Complaint, ECF No. 16, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss Count I is DENIED;

2. Defendants' Motion to Dismiss Count II is DENIED;

3. Defendants are required to timely answer Plaintiff's Amended Complaint with respect to all counts.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**

1